UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:24-CV-12816-AK

CHANELLE JAMISON AND
SHURLYNN SEALES

      Plaintiff,

v.

KOHL'S INC.,

      Defendants.

## ANSWER OF DEFENDANT, KOHL'S INC. TO PLAINTIFFS' COMPLAINT AND JURY DEMAND

Defendant, Kohl's Inc. ("Kohl's"), responds to Plaintiffs' Complaint as follows:

### PARTIES, JURISDICTION AND VENUE

1. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

2. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. Kohl's admits its principal place of business is N56 W17000 Ridgewood Drive, Menomonee Falls, WI and that it is a foreign corporation, but denies it is incorporated in Wisconsin.

4. Paragraph 4 contains a conclusion of law for which an answer is not required. To the extent Paragraph 4 contains allegations of fact against Kohl's, such allegations are denied.

5. Paragraph 5 contains a conclusion of law for which an answer is not required. To the extent Paragraph 5 contains allegations of fact against Kohl's, such allegations are denied.

6. Paragraph 6 contains a conclusion of law for which an answer is not required. To the extent Paragraph 6 contains allegations of fact against Kohl's, such allegations are denied.

## FACTS

7. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 7.

8. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

9. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 9.

10. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 10.

11. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 11.

12. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 12.

13. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 13.

14. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 15.

16. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 16.

17. Denied.

18. Denied.

19. Kohl's is without knowledge or information that is sufficient to form a belief as to the truth of the allegations contained in Paragraph 19.

## COUNT I
### Intentional Infliction of Emotional Distress

20. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 19 and incorporates those responses herein.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## COUNT II
### Unfair and Deceptive Practices in Violation of M.G.L. c. 93A §§ 2 and 9

25. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 24 and incorporates those responses herein.

26. Denied.

27. Denied.

28. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## COUNT III
### Discrimination in Violation of Massachusetts Civil Rights Act M.G.L. c. 12 § 11I

29. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 28 and incorporates those responses herein.

30. Denied.

31. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## COUNT IV
## Discrimination in Violation of M.G.L. c. 272 § 98

32. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 31 and incorporates those responses herein.

33. Denied.

34. Denied.

35. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## COUNT V
## Aiding and Abetting Discrimination in Violation of M.G.L. c. 272 § 98

36. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 35 and incorporates those responses herein.

37. Denied.

38. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## COUNT VI
## Retaliation in Violation of M.G.L. c. 151B § 4(4)

39. Kohl's repeats and re-alleges its responses in Paragraphs 1 through 38 and incorporates those responses herein.

40. Denied.

41. Denied.

WHEREFORE, Kohl's denies that the plaintiff is entitled to judgment or relief in any amount.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff has failed to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs, by their own conduct and actions, is estopped to recover any judgment against Defendant.

### THIRD DEFENSE

Plaintiffs, by their own conduct and actions, has waived any and all rights they may have had against Defendant, and, therefore, plaintiffs cannot recover in this action.

### FOURTH DEFENSE

If the plaintiffs suffered injuries or damages, as alleged, such injuries or damages were caused by someone for whose conduct Defendant was not and is not legally responsible.

### FIFTH DEFENSE

Plaintiffs' lacks standing to assert some or all of the claims set forth in the Complaint.

### SIXTH DEFENSE

Plaintiffs' claims fail because Defendant did not act with discriminatory animus.

### SEVENTH DEFENSE

Plaintiffs' claims fail because the actions of Defendant were justified.

### EIGHTH DEFENSE

Plaintiffs are barred from recovery, or any alleged damages must be reduced on account of, plaintiffs' failure to mitigate their alleged damages.

### NINETH DEFENSE

Plaintiffs' clams fail because Defendant did not take any improper or wrongful actions toward them.

### TENTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiffs' claim must fail since the defendant's actions were not motivated by discriminatory animus.

### ELEVENTH DEFENSE

Plaintiffs Complaint is barred because they have not suffered any damages and their alleged damages are speculative.

### TWELVETH DEFENSE

By way of affirmative defense, the defendant states that plaintiff's causes of action are barred because all of defendant's actions with respect to plaintiff were done in good faith and/or in a manner consistent with business necessity, and were done for legitimate, non-discriminatory, and non-pretextual reasons unrelated to any alleged protected activity by Plaintiff or any alleged discrimination.

### THIRTEENTH DEFENSE

Any allegations or request for attorney fees is unreasonable as plaintiffs has unnecessarily litigated.

### FOURTEENTH DEFENSE

By way of affirmative defense, the plaintiffs have failed to satisfy the statutory requirements and conditions precedent necessary to maintain this action.

### FIFTEENTH DEFENSE

By way of affirmative defense, Defendant states that the plaintiff is not entitled to punitive damages.

### SIXTEENTH DEFENSE

The plaintiffs fail to state that Defendant engaged in an unlawful practice under M.G.L. C. 151B and, therefore, they may not recover in this action.

### SEVENTEENTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiffs' claims must fail since the defendant's actions, at all times, were required in the interest of the public and the means used by the defendant was reasonably necessary for the accomplishment of this purpose and not unduly oppressive upon the plaintiff.

## EIGHTEENTH DEFENSE

Defendant state that the plaintiff cannot recover in this action because plaintiffs have failed to exhaust their administrative remedies.

## NINETEENTH DEFENSE.

The actions of Defendant, at all times, were reasonable and undertaken with a good faith belief that its actions were lawful and not in violation of any federal or state constitutional or statutory right.

## TWENTIETH DEFENSE

The injuries and damage claimed by the plaintiffs were caused by the acts of a third party, which acts this Defendant had no reason to anticipate and of which person this Defendant had no control and is not responsible as a matter of law.

## TWENTY-FIRST DEFENSE

The injuries and damage claimed by the plaintiffs were the result of supervening and intervening causes unrelated to the conduct of the Defendant, and the Defendant therefore is not liable.

## TWENTY-SECOND DEFENSE

By way of affirmative defense, Defendant states that the plaintiffs' claim must fail since they were not treated less favorably because they are a member of a protected class.

## TWENTY-THIRD DEFENSE

By way of affirmative defense, the defendant states the alleged actions of the defendant were not calculated to cause damage to the plaintiff.

## TWENTY-FOURTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since the defendant's actions were not arbitrary, irrational or unreasonable.

## TWENTY-FIFTH DEFENSE

By way of affirmative defense, the defendant states that any undisputed actions taken by the defendant in connection with the allegations in the Complaint were justified and required by considerations of public health, safety, and welfare.

## TWENTY-SIXTH DEFENSE

By way of affirmative defense, the defendant states that that the plaintiff's claims must fail since the defendant's decisions and actions were based on legitimate, non-discriminatory reasons.

### TWENTY-SEVENTH DEFENSE

By way of affirmative defense, the defendant states that the defendant's conduct was justified in theory and practice by a legitimate bona fide interest and no alternative course of action could have been adopted that would have enabled that interest to be served with less discriminatory impact.

### TWENTY-EIGHTH DEFENSE

By way of affirmative defense, the plaintiffs' claim must fail since there is no evidence that the defendants aided, abetted, invited, compelled or coerced the doing of any acts forbidden under Chapter 151B or that they attempted to do so.

### TWENTY-NINTH DEFENSE

Defendant reserves the right to add such other and further defenses as become apparent in the course of discovery.

### THIRTIETH DEFENSE

By way of affirmative defense, defendant states that plaintiffs failed to make a proper demand under Mass. Gen. Laws ch. 93A.

### THIRTY-FIRST DEFENSE

By way of affirmative defense, defendant states that it cannot be liable for violation of G.L. c. 93A because it did not engage in any unfair or deceptive act or practice.

### JURY DEMAND

Defendant, Kohl's, demands a trial by jury as to all issues.

Defendant

By Its Attorneys,

*/s/ Grace V.B. Garcia*

Grace V.B. Garcia, BBO #640970
ggarcia@morrisonmahoney.com
Kathleen A. Federico, BBO#682722
kfederico@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:       617-342-4938

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic mail on 1/10/25

*/s/ Grace V.B. Garcia*
Grace V.B. Garcia